# Exhibit A

Exhibit A

US00D663967S

(12) **United States Design Patent**
Lenney

(10) Patent No.: **US D663,967 S**
(45) Date of Patent: ** **Jul. 24, 2012**

(54) **SOFA**

(75) Inventor: **Joseph P. Lenney**, San Francisco, CA (US)

(73) Assignee: **Restoration Hardware, Inc.**, Corte Madera, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/386,270**

(22) Filed: **Feb. 25, 2011**

(51) LOC (9) Cl. ................................................ **06-01**

(52) U.S. Cl. ..................................................... **D6/369**

(58) **Field of Classification Search** ................... D6/310, D6/334–336, 348, 358–381, 500–502, 611; 297/31, 239, 271.6, 11.2, 411.27, 411.28, 297/440.13, 440.15, 445.1, 446.1, 452.13
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D234,329 | S | * | 2/1975 | Rocchia | D6/369 |
| D234,330 | S | * | 2/1975 | Rocchia | D6/369 |
| D360,993 | S | * | 8/1995 | White | D6/369 |
| D421,853 | S | | 3/2000 | Black | |
| D422,156 | S | * | 4/2000 | Black | D6/369 |
| D504,781 | S | | 5/2005 | Suzuki et al. | |
| D552,369 | S | * | 10/2007 | Graham | D6/381 |
| D555,368 | S | | 11/2007 | Wieland | |
| D560,076 | S | * | 1/2008 | Moser | D6/381 |
| D584,069 | S | * | 1/2009 | Guinochet | D6/381 |

OTHER PUBLICATIONS

Restoration Hardware Outdoor Summer 2008 Catalog; Cover page, pp. 10, 24, & 45.
Restoration Hardware Outdoor Summer Outdoor Sale Catalog; Cover page, pp. 2 & 26.
Restoration Hardware Outdoor & Garden, Spring 2011 Catalog; Cover page, pp. 7, 16, 25,, 61, 71, 81 & 85.

Restoration Hardware Outdoor Catalog, Introducing St. Barts Teak Collection; Cover page and pp. 9, 25, & 35.
Manutti Belgium Outdoor Furniture Collection 2011 Catalog; Apr. 2011; 11 pages.
Online Catalog Manutti 2011; http/www.manutti.com/onlinecatalog2011/.

* cited by examiner

*Primary Examiner* — Ricky Pham
(74) *Attorney, Agent, or Firm* — Duane Morris, LLP; Guy W. Chambers

(57) **CLAIM**

The ornamental design for a sofa, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a first embodiment of a sofa showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a top plan view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a perspective view of a second embodiment of a sofa showing my new design;
FIG. **8** is a front elevational view thereof;
FIG. **9** is a rear elevational view thereof;
FIG. **10** is a top plan view thereof;
FIG. **11** is a left side elevational view thereof;
FIG. **12** is a right side elevational view thereof;
FIG. **13** is a perspective view of a third embodiment of a sofa showing my new design;
FIG. **14** is a front elevational view thereof;
FIG. **15** is a rear elevational view thereof;
FIG. **16** is a top plan view thereof;
FIG. **17** is a left side elevational view thereof; and,
FIG. **18** is a right side elevational view thereof.
The broken lines shown in the drawings are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 12 Drawing Sheets**



Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page3 of 21



FIG. 1



FIG. 2

FIG. 3



FIG. 4



FIG. 6



FIG. 5

Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page7 of 21



FIG. 7



FIG. 8



FIG. 9

Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page9 of 21



FIG. 10

Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page10 of 21



FIG. 12



FIG. 11

Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page11 of 21



FIG. 13



FIG. 14

FIG. 15



FIG. 16

Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page14 of 21



FIG. 18



FIG. 17

US00D663966S

(12) **United States Design Patent**
Lenney

(10) **Patent No.:** **US D663,966 S**
(45) **Date of Patent:** ** **Jul. 24, 2012**

(54) **LOUNGE**

(75) Inventor: **Joseph P. Lenney**, San Francisco, CA (US)

(73) Assignee: **Restoration Hardware, Inc.**, Corte Madera, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/386,269**

(22) Filed: **Feb. 25, 2011**

(51) LOC (9) Cl. .................................................. **06-01**

(52) **U.S. Cl.** ................................................. **D6/369**

(58) **Field of Classification Search** ................... D6/310, D6/334–336, 348, 358–381, 500–502, 611; 297/31, 239, 271.6, 11.2, 411.27, 411.28, 297/440.13, 440.15, 445.1, 446.1, 452.13
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D234,329 | S | * | 2/1975 | Rocchia | D6/369 |
| D234,330 | S | * | 2/1975 | Rocchia | D6/369 |
| D335,035 | S | | 4/1993 | Floyd | |
| D410,800 | S | * | 6/1999 | Gomez | D6/369 |
| D421,853 | S | * | 3/2000 | Black | D6/369 |
| D422,156 | S | | 4/2000 | Black | |
| D422,422 | S | * | 4/2000 | Black | D6/369 |
| D491,378 | S | * | 6/2004 | Tyler | D6/369 |
| D504,781 | S | * | 5/2005 | Suzuki et al. | D6/334 |
| D529,729 | S | * | 10/2006 | Kreiss | D6/369 |
| D533,727 | S | | 12/2006 | Frinier | |
| D547,079 | S | * | 7/2007 | Wang | D6/369 |
| D555,368 | S | * | 11/2007 | Wieland | D6/334 |
| D557,030 | S | * | 12/2007 | Wang | D6/369 |
| D560,076 | S | | 1/2008 | Moser | |
| D572,920 | S | | 7/2008 | van Ierssel et al. | |
| D584,069 | S | * | 1/2009 | Guinochet | D6/381 |
| D600,034 | S | * | 9/2009 | White et al. | D6/369 |

OTHER PUBLICATIONS

Restoration Hardware Outdoor Summer 2008 Catalog; Cover page, pp. 10, 24, 42 & 45.
Restoration Hardware Outdoor Summer Outdoor Sale Catalog; Cover page, pp. 2 & 26.
Restoration Hardware Outdoor & Garden, Spring 2011 Catalog; Cover page, pp. 2-3, 11, 21, 22, 30,35, 41, 58, 65 & 68.
Restoration Hardware Outdoor Catalog, Introducing St. Barts Teak Collection; Cover page and pp. 25, 35 & 60.
Manutti Belgium Outdoor Furniture Collection 2011 Catalog; Apr. 2011; 13 pages.
Online Catalog Manutti 2011; http/www.manutti/onlinecatalog2011/.

* cited by examiner

*Primary Examiner* — Ricky Pham
(74) *Attorney, Agent, or Firm* — Duane Morris, LLP; Guy W. Chambers

(57) **CLAIM**
The ornamental design for a lounge, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a lounge showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a top plan view thereof;
FIG. **5** is a left side elevational view thereof; and,
FIG. **6** is a right side elevational view thereof.
The broken lines shown in the drawings are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG. 1

Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page17 of 21



FIG. 2

Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page18 of 21



FIG. 3



FIG. 4

Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page20 of 21



FIG. 5

Case3:15-cv-00891-EDL   Document1-1   Filed02/26/15   Page21 of 21



FIG. 6